◦ AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>Juan Jose Flores-Ortiz | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 08-MJ-70756PVT | |

FILED
NOV 07 2008
CLERK
NORTHERN...

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment  ☐ Information  ☐ Complaint  ☒ Other (specify)

charging a violation of **18** U.S.C. § **3583**

DISTRICT OF OFFENSE: Southern District of CA

DESCRIPTION OF CHARGES:
Violation of Supervised Release

CURRENT BOND STATUS:
☐ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)
Bond, if any, shall be transferred to the District of Offense

Representation:  ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None

Interpreter Required?  ☐ No  ☒ Yes  Language: Spanish

NORTHERN DISTRICT OF CALIFORNIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11/7/08
Date

_Patricia V. Trumbull_
United States Judge or Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |